KING v. DURHAM COUNTY MENTAL HEALTH AUTHORITY

No. 134P94

Case below: 113 N.C.App. 341

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

KING v. SOUTHERN RAILWAY CO.

No. 135A94

Case below: 113 N.C.App. 424

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 May 1994.

N.C. STATE BAR v. BURTON

No. 27P94

Case below: 112 N.C.App. 852

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

ROGERS v. HELM

No. 20P94

Case below: 112 N.C.App. 853

Petition by plaintiff for reconsideration of petition for discretionary review dismissed 5 May 1994.

SAVE OUR RIVERS, INC. v. TOWN OF HIGHLANDS

No. 166P94

Case below: 113 N.C.App. 716

Motion by defendant for temporary stay allowed 5 May 1994 pending determination of defendant's petition for discretionary review.